Gina HENRY, Appellant Below, Appellant,

v.

MOUNTAIRE FARMS OF DELAWARE, INC. and Unemployment Insurance Appeal Board, Appellees Below, Appellees.

No. 462, 2015

Supreme Court of Delaware.

Submitted: September 3, 2015

Decided: November 16, 2015

Court Below: Superior Court of the State of Delaware in and for Sussex County, C.A. No. S15A–01–002

DISMISSED.

■

DIVISION OF FAMILY SERVICES, Petitioner Below, Appellant,

v.

Matthew JAMES, Sr.,[1] Respondent Below, Appellee.

No. 643, 2014

Supreme Court of Delaware.

Submitted: August 24, 2015

Decided: November 16, 2015

Court Below—Family Court of the State of Delaware in and for Kent County, File No. CK14–01972, Petition No. 14–16486

REVERSED. REMANDED.

■

Devin COLEMAN, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 576, 2015

Supreme Court of Delaware.

Submitted: November 10, 2015

Decided: November 16, 2015

Court Below—Superior Court of the State of Delaware in and for Kent County, Cr. ID Nos. 1303004663, 1303012706

DISMISSED.

■

Markeevis MCDOUGAL, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 66, 2015

Supreme Court of Delaware.

Submitted: October 21, 2015

Decided: November 16, 2015

Court Below: Superior Court of the State of Delaware in and for New Castle County, No. 1311013513

AFFIRMED.

---

1. The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).